# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00228-CV

**J. M. D., Appellant**

**v.**

**Department of Family and Protective Services, Appellee**

---

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-17-004585, THE HONORABLE TIM SULAK, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant J. M. D. filed his notice of appeal on April 1, 2019. The appellate record was complete May 2, 2019, making appellant's brief due May 22, 2019. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Colin Gaffney to file appellant's brief no later than June 12, 2019. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 28, 2019.

Before Chief Justice Rose, Justices Kelly and Smith